**SO ORDERED.**

Dated: February 11, 2010



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

---

**Andrew M. Dudley (025005)**
**PHILLIPS & ASSOCIATES**
20 East Thomas Rd., Ste. 2600
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 230-2027
email: andrewd@phillipslaw.ws
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRIAN H. MERRILL<br>SSN: xxx-xx-8867 and<br><br>TERRI A. MERRILL<br>SSN: xxx-xx-7584<br><br>4937 E VOLTAIRE AVE<br>SCOTTSDALE AZ 85254<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No.: 2-09-bk-02111-RTB<br><br>**ORDER GRANTING MOTION FOR APPROVAL TO INCUR POST-PETITION DEBT** |

THIS MATTER having come before the Court on the Debtors' Motion for Approval to Incur Post-Petition Debt; good cause appearing and the Court having considered same; it is hereby

**ORDERED** that Debtors' Motion for Approval to Incur Post-Petition Debt is granted. Any monthly finance payment for a new vehicle shall not exceed a maximum of $340.00 per month;

**IT IS FURTHER ORDERED** that the Debtors shall file an Amended Plan surrendering their interest in the 2008 Chevrolet Tahoe no later than thirty (30) days from the date of this Order.

Dated:_____

_____
REDFIELD T. BAUM, SR.
U.S. BANKRUPTCY JUDGE